UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-177-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WELDON BAKER, | ) | |
| Defendant. | ) | |

The Government is DIRECTED to respond to defendant, Weldon Baker's, Motion to Compel [DE-71] within the time provided therefor by the rules of this court.

SO ORDERED.

This, the 23rd day of November, 2011.

_____
JAMES C. FOX
Senior United States District Judge