UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-177-F-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WELDON BAKER, JR. | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 74 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 29th day of November, 2011.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge