UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-177-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| WELDON BAKER, | ) | |
| Defendant. | ) | |

This court entered an order on December 5, 2011 [DE-77] denying Weldon Baker's Motion to Compel [DE-71]. The order apparently crossed in the mail with Baker's Reply [DE-78].

The court has reviewed Baker's Reply. While he again advances a compelling position, the governing law simply does not provide the court with the authority to grant the relief he seeks.

SO ORDERED.

This, the 12 day of December, 2011.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge